IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02836-ZLW-MEH

SUSAN BEARD,

    Plaintiff,

v.

WACHOVIA CORPORATION,
GOLDEN WEST FINANCIAL CORPORATION SEVERANCE PAY PLAN, and
GOLDEN WEST FINANCIAL CORPORATION SEVERANCE PAY PLAN ADMINISTRATOR,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 9, 2009.**

    Pending before the Court are Plaintiff's Request for Amendment of Pleading in Regards to the Caption on the Civil Suit by Plaintiff [filed May 28, 2009; docket #17] and Defendant's [Motion for] Consent Order Amending Caption [filed June 8, 2009; docket #21]. Defendant's motion is construed as a response to Plaintiff's motion in which Defendant states no objection; therefore, Plaintiff's motion is **granted as modified** and Defendant's motion is **denied as moot**. The Clerk of the Court is directed to change the caption of this case to that set forth in the above caption.