IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita Leeson Weinshienk

Civil Action No. 08-cv-02836-ZLW-MEH

SUSAN BEARD,

      Plaintiff,

v.

WACHOVIA CORPORATION,

      Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

It is ORDERED that Plaintiff's claims against Defendant are dismissed with

prejudice, each party to pay their own attorney's fees and costs.

DATED at Denver, Colorado this 11th day of December, 2009.

BY THE COURT:

_____
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court